OPINION — AG — ** COLLECTIVE BARGAINING — SCHOOLS — TEACHER EVALUATIONS ** ALL EVALUATION POLICIES ADOPTED BY THE OKLAHOMA SCHOOL DISTRICTS BE BASED UPON MINIMUM CRITERIA DEVELOPED BY THE STATE BOARD OF PROFESSIONAL NEGOTIATION AGREEMENTS, THE NEGOTIATED PROVISIONS MUST COMPLY WITH THE EVALUATION PROCEDURE ARE MANDATORY TOPICS OF PROFESSIONAL NEGOTIATIONS; AND THAT THE CRITERIA NEGOTIATED AND ADOPTED MAY EXCEED THE MINIMUM CRITERIA PROMULGATED BY THE STATE BOARD OF EDUCATION PURSUANT TO 70 O.S. 6-102.2 [70-6-102.2](1) CITE: 70 O.S. 509.1 [70-509.1], 70 O.S. 6-102.2 [70-6-102.2], 70 O.S. 6-102.2 [70-6-102.2](1), 70 O.S. 6-103 [70-6-103], 70 O.S. 6-103.7 [70-6-103.7], 70 O.S. 6-108.8 [70-6-108.8], 70 O.S. 6-103.12 [70-6-103.12], 11 O.S. 51-101 [11-51-101] (NED BASTOW)